**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Youth For Christ USA, Inc.,

Plaintiff,

CIVIL 01-1464 PAM/JGL

vs.

**ORDER**

Youth For Christ/Twin Cities Area,
et al.

Defendants.

---

The Federal Rules of Civil Procedure require an answer to be filed within 20 days after service of process. The Court does not permit counsel, by agreement, to extend this time, although an initial motion for extension of time will be liberally considered by the Court in the absence of an objection by opposing counsel.

Accordingly, plaintiff's counsel is directed to:

1. Notify defense counsel immediately that he/she is required to answer or move for an extension of time to do so;
2. File an application for entry of default unless the required pleading is filed within 10 days; or
3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

Dated: October 10, 2001

**PAUL A. MAGNUSON, Judge**
United States District Court

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______