**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Youth for Christ USA, Inc.

Plaintiff,

Civil 01-1464 PAM/JGL

v.

**ORDER OF DISMISSAL**

Youth for Christ/Twin Cities Area, et al.,

Defendants.

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: October 30, 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________