**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**YOUTH FOR CHRIST USA, INC.,**

**Plaintiff,**

**Civil Action No. 01-CV-1464 (PAM/JGL)**

**vs.**

**YOUTH FOR CHRIST/TWIN CITIES AREA, TIM BETTENGA AND MARK G. HUBER,**

**Defendants.**

---

**STIPULATION OF DISMISSAL**
**AND ORDER THEREON**

This Stipulation is by and between Plaintiff Youth For Christ USA, Inc. ("YFC/USA") and Defendant Tim Bettenga ("Bettenga") only, made this 26th day of October, 2001.

**WHEREAS**, on or about September 23, 1999, YFC/USA commenced this action against Bettenga and other defendants; and

**WHEREAS**, this Court has jurisdiction over this action under 28 U.S.C. §§ 1121, 1131, 1138(a) and 1138(b), and has supplemental jurisdiction over the claims under Minnesota law pursuant to 28 U.S.C, § 1367(a); and

**WHEREAS**, YFC/USA is the owner of several trademarks and service marks that it uses to offer and promote its ministry, services and goods including the following federal Trademark Registrations: Registration No. 2,378,509 for the mark YOUTH FOR CHRIST; Registration No.

2140253v1

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 06 2001
DEPUTY CLERK

2,378,508 for YOUTH FOR CHRIST INTERNATIONAL; Registration No. 2,357,541 for YFC; Registration No. 2,318,108 for the YFC logo:

Registration No. 2,356,639 for YOUTH GUIDANCE and Registration No. 1,997,075 for PROJECT SERVE and design; and each of these registrations is valid, subsisting, enforceable, in full force and effect, and is incontestable in accordance with the provisions of 15 U.S.C. § 1065;

**WHEREAS,** YFC/USA and Bettenga have entered into a Stipulated Settlement Agreement, and YFC/USA has reserved its right to enforce the terms of the Stipulated Settlement Agreement and to pursue available legal and equitable remedies in the event Bettenga does not fulfill his obligations under said Stipulated Settlement Agreement.

**IT IS HEREBY STIPULATED AND AGREED** that this action is hereby dismissed with prejudice and on the merits as to Bettenga only, with YFC/USA and Bettenga each bearing their own costs herein.

YOUTH FOR CHRIST USA, INC.

Dated: 10-31-01

By ______________________
Its Executive Vice President

Dated: October 26, 2001

______________________
Tim Bettenga

**ORDER**

Based upon the foregoing stipulation of Plaintiff YFC/USA and Defendant Bettenga, and upon all the files, records and proceedings herein, and the Court being fully advised on the premises,

**IT IS HEREBY ORDERED** that the above-captioned action against Bettenga only shall be, and hereby is, dismissed on its merits and with prejudice, with YFC/USA and Bettenga each to bear his or its own attorneys' fees and costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: November 6, 2001

[signature]
The Honorable Paul A. Magnuson
United States District Judge

2140253v1

Approved as to form:

Dated: 10-31-01

________________________________

Jerry S. Podkopacz

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone (612) 335-1500

**ATTORNEYS FOR PLAINTIFF**
**YOUTH FOR CHRIST USA, INC.**